UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:18-cr-150-Orl-40GJK

ERVING RODRIGUEZ

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person's order:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Maria Chapa Lopez, United States Attorney

Rafael Correa, Special Agent

Federal Bureau Investigation, Investigative Agency

Alexander Kramer, Trial Attorney

Robert Nicholson, Counsel for Defendant

Erving Rodriguez, Defendant

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Tricare

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 28, 2018

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:  */s/ Alexander J. Kramer*
ALEXANDER J. KRAMER
Trial Attorney
Virginia State Bar No. 76938
Florida Special Bar No. A5502240
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 768-1919
Email: alexander.kramer@usdoj.gov

**U.S. v. ERVING RODRIGUEZ**          *Case No. 6:18-cr-150-Orl-40GJK*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 28, 2018, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

Robert Nicholson, Esq.

 */s/ Alexander J. Kramer*

ALEXANDER J. KRAMER
Trial Attorney
Virginia State Bar No. 76938
Florida Special Bar No. A5502240
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 768-1919
Email: alexander.kramer@usdoj.gov