UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                               CASE NO. 6:18-cr-150-Orl-40GJK

ERVING RODRIGUEZ

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

*United States v. Greggory Jackson, et al.*
(8:16-cr-264-T-33TGW)

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Date: June 28, 2018

                                            Respectfully submitted,

                                            MARIA CHAPA LOPEZ
                                            United States Attorney

By:   */s/ Alexander J. Kramer*
      ALEXANDER J. KRAMER
      Trial Attorney
      Virginia State Bar No. 76938
      Florida Special Bar No. A5502240
      Criminal Division, Fraud Section
      U.S. Department of Justice
      1400 New York Avenue, N.W.
      Washington, D.C. 20005
      Phone: (202) 768-1919
      Email: alexander.kramer@usdoj.gov

U.S. v. ERVING RODRIGUEZ        Case No. 6:18-cr-150-Orl-40GJK

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Nicholson, Esq.

                                            */s/ Alexander J. Kramer*
                                            ALEXANDER J. KRAMER
                                            Trial Attorney
                                            Virginia State Bar No. 76938
                                            Florida Special Bar No. A5502240
                                            Criminal Division, Fraud Section
                                            U.S. Department of Justice
                                            1400 New York Avenue, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 768-1919
                                            Email: alexander.kramer@usdoj.gov