UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,         CASE NO.: 6:18-cr-00150-PGB-GJK-1

    Plaintiff,

v.

ERVING RODRIGUEZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

**COMES NOW,** Rick L. Jancha of **NeJame Law, P.A.**, and files this Notice of Appearance, as co-counsel, on behalf of Defendant, ERVING RODRIGUEZ, in the above-styled cause of action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of August, 2018, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Assistant United States Attorney, Alexander Jason Kramer, US Department of Justice, 1400 New York Ave. NW, Washington, DC 20530; alexander.kramer@usdoj.gov.

    */s/ Rick Jancha, Esquire*
    Rick Jancha, Esquire
    Florida Bar Number 0973394
    Attorney for Defendant
    NeJame Law, P.A.
    189 South Orange Avenue, Suite 1800
    Orlando, Florida 32801
    Telephone:  (407) 500-0000
    Facsimile:  (407) 802-1436
    E-mail:  rick@nejamelaw.com