# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:18-cr-150-Orl-40GJK

**ERVING RODRIGUEZ**

AUSA: Alex Kramer
Defense Atty.: Robert Nicolson

| U.S. MAGISTRATE JUDGE | **Gregory J. Kelly** | DATE/TIME | Aug. 7, 2018<br>1:35-2:03 = 32 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | digital |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE/BOND HEARING/CHANGE OF PLEA

**DEFENDANT APPEARS ON A NOTICE**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft has retained counsel
Gov requests conditions of release as stated on the record
Court releases dft as stated
Dft sworn and testifies
Court signs waiver of indictment
Dft is a U.S. citizen
Dft advised of charge
Dft advised of penalties
Dft advised of sentencing guidelines
Dft has reviewed the factual basis contained in the plea agreement
Dft advised of presentence investigation report
Dft advised of waiver of right to appeal sentence
Dft advised of waiver of right to withdraw guilty plea
Dft advised of right to trial
Dft pleads guilty to count one of the information
Court accepts plea enters report and recommendation
All pending motions are denied as moot
Court adjourned