# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6: 18-cr-150-Orl-40GJK

**ERVING RODRIGUEZ**

## ORDER SETTING
## CONDITIONS OF RELEASE

　　　**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1)　　The defendant **must not violate** any federal, state or local law while on release in this case.

(2)　　The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)　　The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4)　　The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice. Or appear in the district in which the charge(s) were filed.

## ADDITIONAL CONDITIONS OF RELEASE

　　　In order to reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

_____ **OWN RECOGNIZANCE**

**FINANCIAL CONDITION**
_____ **Unsecured Bond**: Upon the defendant executing an unsecured bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.
_____ **Secured Bond:** Upon defendant providing a secured bond guaranteeing payment to the United Sates the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

**THIRD PARTY CUSTODIAN**
_____ The defendant is placed in the custody of:

Who agrees to: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed_____
Custodian or Proxy

**ADAM WALSH ACT CONDITIONS**

X   1)   Defendant shall be subject to Pretrial Services Supervision and shall report as directed by the Pretrial Services Office; *GJK*

_____ 2)   Defendant's travel ~~and residence~~ restricted to ~~the Middle District of Florida and, if applicable, the district where the charge is pending as necessary for court appearances;~~ *But allowed to travel to Puerto Rico 8/8-13/18*

_____ 3)   Defendant will participate in the Location Monitoring program and abide by all the rules of the program, with global position satellite monitoring/electronic monitoring, and will pay all or part of the costs of the program as directed by pretrial services:

_____ **Curfew**: You are restricted to your residence everyday from 9:00 p.m. to 6:00 a.m., or as directed by the Pretrial Services Office.

_____ **Home Detention**: You are restricted to your residence at all times except for employment; education; religious services; medical,

    substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

    \_\_\_\_\_ **Home Incarceration**: You are restricted to your residence at all times except for medical needs or treatment, religious services, meetings with counsel regarding this case, and court appearances pre-approved by the Pretrial Services Office.

\_\_\_\_\_ **4)**  **Refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.**

\_\_\_\_\_ **5)**  **Defendant will refrain from direct or indirect contact with the victim(s), witness(es) or the family of the victim(s) or witness(es).**

## CONTACT WITH MINORS
\_\_\_\_\_ No contact with minors without a responsible adult present.

## EMPLOYMENT/EDUCATION
\_\_\_\_\_ Maintain or actively seek verifiable employment.

\_\_\_\_\_ Maintain or commence an education program.

## NO CHANGE IN RESIDENCE WITHOUT APPROVAL
\_\_\_\_\_ No change in residential address without advanced approval from Pretrial Services.

## CONTACT WITH LAW ENFORCEMENT
\_\_\_\_\_ Report as soon as possible, to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

## PASSPORT/TRAVEL DOCUMENTS
__X__ Surrender any passport:
  __X__ prior to release; or
  \_\_\_\_\_ to Clerk, U.S. District Court, by 4:00 p.m. on _____.

\_\_\_\_\_ Obtain no passport or travel documents.

## PSYCHOLOGICAL
\_\_\_\_\_ Participate in a psychiatric and/ or mental health assessment/ evaluation and/ or treatment, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services.

**DRUGS, TESTING AND TREATMENT**

\_\_\_\_\_ Refrain from any use or possession of a narcotic drug or other controlled substances in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

\_\_\_\_\_ Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

\_\_\_\_\_ Participate in a program of inpatient or outpatient substance abuse testing, education and or treatment if deemed advisable by Pretrial Services and pay a percentage of the fee as determined by Pretrial Services.

**ALCOHOL**

\_\_\_\_\_ Refrain from use of alcohol.

\_\_\_\_\_ Refrain from excessive use of alcohol.

**COMPUTER/TECHNOLOGY RESTRICTIONS:**
**DEFENDANT'S RESIDENCE SHALL NOT HAVE OR CONTAIN:**

\_\_\_\_\_ Any internet service or provider; and

\_\_\_\_\_ Any internet access device (including but not limited to any computer, smart phone, hand-held computing device, or gaming console); and

\_\_\_\_\_ Any medium capable of storing content from the internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage); and,

\_\_\_\_\_ Encrypted data or content, or any device capable of encrypting data or content.

**DEFENDANT SHALL NOT POSSESS OR USE:**

\_\_\_\_\_ **Any internet access device** (including, but not limited to any computer, smart phone, hand-held computing device, gaming console or Smart Televisions). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, your place(s) of employment, educational facilities or any other third-party locations; and

\_\_\_\_\_ **Any medium capable of storing content** from the internet (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage); and

\_\_\_\_\_ Encrypted data or content, or any device capable of encrypting data or content.

**AT WORK**, NOTWITHSTANDING THE FOREGOING, DEFENDANT:
_____ **MAY**:
_____ **MAY NOT**:
use a computer at work solely for work purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the device or medium to confirm adherence to this condition. You must inform your employer and any other third party this condition might affect of this condition, including the inspection provision. The United States Pretrial Office must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

**TAMPERING**
_____ Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or location monitoring which is a required condition of release.

**ADDITIONAL CONDITIONS**

_____

_____

_____

_____

**ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT:**
**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

5469 W. Lake Butler Rd
Address

Windermere FL 34786       (407) 920-7003
City and State            Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

 ☒ The defendant is **ORDERED** released after processing.
☐ The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: August    , 2018

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Pretrial Services Office
Defendant