**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-	Case No. 6:18-cr-150-Orl-40GJK

ERVING RODRIGUEZ

------

NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on August 7, 2018 regarding the plea of guilty entered on August 7, 2018.

August 7, 2018

_____
Assistant United States Attorney

Copies to:
Presiding District Judge and Courtroom Deputy Clerk
Asst. U.S. Attorney
Counsel for the Defendant